IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOSEPH DEITRICH**                                                                                              **PLAINTIFF**
**Reg #25852-509**

v.                                      Case No: 2:23-CV-00086-LPR

**JOHN P. YATES, Warden,**
**FCI-Forrest City**                                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE